# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

Mehmood Khan

PROCEEDINGS: __IA/Rule 5__

MAGISTRATE JUDGE: __Michael A. Shipp, U.S.M.J.__

MAGISTRATE NO.: __09-6171__

DATE OF PROCEEDINGS: __10/29/09__

DATE OF ARREST: __10/29/09__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: (X) AFPD __ CJA
(X) WAIVER OF HRG.: __ PRELIM (X) REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Lakshmi Herman__

DEFT. COUNSEL __Lorraine Gauli-Rufo__

PROBATION _____

INTERPRETER _____
    Language: ( )

Time Commenced: __1:43__
Time Terminated: __1:48__
CD No: __Digital recording__

__Nadine Mauro__
DEPUTY CLERK