# United States District Court
## District of New Jersey

| UNITED STATES V. MEHMOOD KHAN<br>MAG NO. 09-6171 | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| CRIM. DOCKET NUMBER  H-09-520M | | MAGISTRATE JUDGE CASE NUMBER 09-6171 | |
|---|---|---|---|
| District of Arrest | District of Offense: | District of Arrest | District of Offense |
| District of New Jersey | Southern District of Texas<br>Case No. H-09-520M | District of New Jersey<br>Mag. No. 09-6171 | Southern District of Texas<br>Case No. H-09-520M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON HIS INDUCEMENT OR ENCOURAGEMENT OF ILLEGAL ALIENS TO COME INTO THE US**

**DISTRICT OF UNDERLYING OFFENSE:**  Southern District of Texas

**DESCRIPTION OF CURRENT CHARGES:**  Defendant induced or encouraged illegal aliens to come into the US in violation of 8 USC 1324(a)(1)(A)(iv)

**Current Bond Status:**

___ Bail fixed at _____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest.
_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

Representation:  ___ Retained own counsel   _X_ Federal Defender Organization   ___ CJA Attorney   ___ None

Interpreter Required?   _X_ No    ___ Yes         Language: _____

**DISTRICT OF NEW JERSEY**

**TO: THE UNITED STATES MARSHAL**

   Your are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 29, 2009
Date

Hon. Michael A. Shipp, United States Magistrate Judge

**RETURN**

This Commitment was received and executed as follows:

| THIS COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |